```
EW
F. #2009R00713

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

     - against -                           09-CR-219(ILG)

DANIEL FAILE,
     also known as "towns"
     and "townsmen,"
DMITRY KICHATOV,
     also known as "sj,"
     "dantes" and "spam,"
DANIEL KIM,
     also known as "kyudo," and
TIMOTHY CAMPBELL,
     also known as "god,"

                    Defendants.
- - - - - - - - - - - - - - - - -X
```

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Trial Attorney Evan Williams joins Trial Attorney Tara Swaminatha in representing the United States in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent either to Trial Attorney Swaminatha or to:

```
                         Evan Williams
                         Trial Attorney
          Computer Crime & Intellectual Property Section
                   U.S. Department of Justice
              1301 New York Avenue, N.W., Suite 600
                     Washington, D.C.  20530
                    Eastern District of New York
                        Tel: (202) 307-0135
                        Fax: (202) 305-1744
                 Email: evan.williams@usdoj.gov
```

In addition, the Clerk of the Court is respectfully requested to ensure that copies of all future ECF notifications are sent to Trial Attorney Williams at the email address set forth above.

Dated: Washington, D.C.
      May 7, 2009

                                      Respectfully submitted,

                                         /S/ Evan C. Williams
                                      Evan C. Williams
                                      Trial Attorney
                                      C.C.I.P.S.
                                      U.S. Department of Justice
                                      (202) 307-0135

cc:    Clerk of the Court (ILG)