# KISH & LIETZ, P.C.
ATTORNEYS AT LAW

225 PEACHTREE STREET, N.E.
1700 SOUTH TOWER, PEACHTREE CENTER
ATLANTA, GEORGIA 30303
(404) 588-3991
FACSIMILE: (404) 588-3995

June 16, 2009

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 17 2009 ★

BROOKLYN OFFICE

**VIA FACSIMILE TO (718) 613-2446**

The Honorable I. Leo Glasser
Senior United States District Judge
USDC Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11020

RE: United States v. Timothy Campbell, 1:09-CR-00219-ILG-4

Dear Judge Glasser:

I was recently hired to represent the defendant Timothy Campbell in this case. My client is scheduled for an arraignment before you this coming Thursday at 2:30 p.m. Because my client is here in Atlanta, and because the United States agrees to a Rule 20 transfer of the charges to Atlanta, I am asking that the Court continue the arraignment currently set for this Thursday. If the Court agrees to such a continuance, we will make an initial appearance in Atlanta and begin the transfer process from here.

Mr. Campbell and three other young men are charged with a single count of conspiring to violate the copyright laws. Agents performed a search warrant at my client's residence 5 years ago, and he made an incriminating statement about downloading copyrighted games. The Government recently obtained an indictment. Evan Williams and Tara Swaminatha of DOJ's Computer Crime and Intellectual Property Section are prosecuting the case.

I spoke with the prosecutors immediately after I was hired late last week. They agreed to my request to transfer the case here to Atlanta via Rule 20 of the Federal Rules of Criminal Procedure.

In defending federal cases for almost 3 decades (I was the Chief Assistant at the local Federal Defender Program for many years) I have always handled Rule 20 transfers in the following fashion: my client makes an initial appearance in the receiving District, he

The Honorable I. Leo Glasser
June 16, 2009
Page 2

or she signs the appropriate paperwork, and the case is then transferred from the sending District to Georgia. I have been taught this is the appropriate method because of the language in Rule 20. The Rule requires that the defendant must be "arrested, held or present" in the receiving District.

As stated above, we ask that the Court continue the currently scheduled arraignment and allow us to make an initial appearance here in Atlanta. I also would like to avoid making an appearance in the case assigned to your Honor, simply to reduce my client's out-of-pocket expenses, in that I am not a member of your Court's Bar.

Should you have any questions, please contact me.

Respectfully yours,

Paul S. Kish
Attorney-at-Law

psk/pk

cc: AUSA Evan Williams (via e-mail)
AUSA Tara Swamintha (via e-mail)