# KISH & LIETZ, P.C.

ATTORNEYS AT LAW

225 PEACHTREE STREET, N.E.
1700 SOUTH TOWER, PEACHTREE CENTER
ATLANTA, GEORGIA 30303
(404) 588-3991
FACSIMILE: (404) 588-3995



RECEIVED
2/8/10
Chambers of
Leo Glasser
U.S.D.J.

February 4, 2010

The Honorable I. Leo Glasser
Senior United States District Judge
USDC Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11020

    RE: <u>United States v. Timothy Campbell</u>, 1:09-CR-00219-ILG-4

Dear Judge Glasser:

    I represent the defendant Timothy Campbell in the above-referenced case. Mr. Campbell and three other young men were charged with a single count of conspiring to violate the copyright laws.

    My client has never appeared before you in this case. I had been trying to negotiate a transfer of his case to Atlanta via Rule 20 of the Federal Rules of Criminal Procedure.

    The remaining defendants argued that the indictment violated the statute of limitations. The Court recently issued an Order, agreeing that the indictment was returned outside the relevant limitations period.

    I ask that the Court enter an order dismissing the indictment against Mr. Campbell. I have communicated with Evan Williams of the Department of Justice, requesting that he move to dismiss the indictment against my client. While Mr. Williams indicated that the Department likely would not object to my request for a dismissal, he indicated that there has been no final decision as to appealing the Court's ruling concerning the statute of limitations.

The Honorable I. Leo Glasser
February 4, 2010
Page 2

---

    By my calculations, the Department has until February 16, 2010 in which to appeal the Court's ruling. If no such appeal is filed by that day, I ask that the Court enter an Order dismissing the indictment against Mr. Campbell.

    Should you have any questions, please contact me.

Respectfully yours,

Paul S. Kish
Attorney-at-Law

PSK/pk
cc:    AUSA Evan Williams
       AUSA Tara Swamintha