# KISH & LIETZ, P.C.
ATTORNEYS AT LAW

225 PEACHTREE STREET, N.E.
1700 SOUTH TOWER, PEACHTREE CENTER
ATLANTA, GEORGIA 30303
(404) 588-3991
FACSIMILE: (404) 588-3995

April 13, 2010

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 14 2010 ★

BROOKLYN OFFICE

The Honorable I. Leo Glasser
Senior United States District Judge
USDC Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11020

RE: <u>United States v. Timothy Campbell</u>, 1:09-CR-00219-ILG-4

Dear Judge Glasser:

I represent the defendant Timothy Campbell in the above-referenced case. Mr. Campbell and others were charged with conspiring to violate the copyright laws.

My client never appeared before you in this case. The Court ruled that the indictment was returned outside the relevant limitations period. The Government filed and later withdrew a Notice of Appeal concerning this order.

On February 4, 2010, I wrote asking that the Court enter an order dismissing the indictment against Mr. Campbell. I have communicated with Tara Swaminatha of the Department of Justice, and am authorized to represent that the Department of Justice does not oppose my request that the Court dismiss the indictment against my client. I therefore renew my request that the Court enter a dismissal for my client.

Respectfully yours,

Paul S. Kish
Attorney-at-Law

PSK/pk
cc: AUSA Evan Williams
AUSA Tara Swamintha