# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
**CLERK OF COURT**

DOCKETING SECTION
404-215-1655

May 7, 2010

Clerk of Court
United States District Court
Eastern District of New York
118S Theodore Roosevelt
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

FILED
U.S. ... OFFICE
E.D.N.Y.

BROOKLYN OFFICE

    RE:    USA v TIMOTHY CAMPBELL
           NDGA Case No. 1:09-mj-750
           Your Case Number: 09-cr-219

Dear Clerk:

    Rule 5(c)(3) proceedings were held in this district on June 18, 2009 as to the above defendant. Documents of said proceedings, and a certified copy of our docket sheet were mailed to your office on June 22, 2009.

    Since that time, an order was issued regarding the return of the defendant's passport. Enclosed, please find a copy of same, along with a certified copy of our docket sheet.

    Please acknowledge receipt on the enclosed copy of this letter. If this office can be of any further assistance, please contact the undersigned deputy clerk at (404) 215-1655.

                            Sincerely,

                            James N. Hatten
                            Clerk of Court

           By:    s/ B. Evans
                     Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
**CLERK OF COURT**

**DOCKETING SECTION**
404-215-1655

May 7, 2010

Clerk of Court
United States District Court
Eastern District of New York
118S Theodore Roosevelt
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

FILED
U.S. IN CLERK'S OFFICE
E.D.N.Y.

BROOKLYN OFFICE

RE: USA v TIMOTHY CAMPBELL
NDGA Case No. 1:09-mj-750
Your Case Number: 09-cr-219

Dear Clerk:

Rule 5(c)(3) proceedings were held in this district on June 18, 2009 as to the above defendant. Documents of said proceedings, and a certified copy of our docket sheet were mailed to your office on June 22, 2009.

Since that time, an order was issued regarding the return of the defendant's passport. Enclosed, please find a copy of same, along with a certified copy of our docket sheet.

Please acknowledge receipt on the enclosed copy of this letter. If this office can be of any further assistance, please contact the undersigned deputy clerk at (404) 215-1655.

Sincerely,

James N. Hatten
Clerk of Court

By: s/ B. Evans
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL INDICTMENT |
| v. : | 1:09-CR-219-ILG (EDNY) |
| : | 1:09-MJ-750-RGV (NDGA) |
| TIMOTHY CAMPBELL : | |

ORDER

On June 18, 2009, defendant Timothy Campbell was released on an unsecured bond in connection with charges pending against him in the Eastern District of New York, and he was ordered to surrender his passport to Pretrial Services. On April 13, 2010, the charges were dismissed against the defendant by the Honorable I. Leo Glasser, United States District Judge for the Eastern District of New York. Defendant has therefore requested the return of his passport.

IT IS HEREBY ORDERED that the probation officer return the defendant's passport to him, which passport was surrendered as a part of the bond conditions.

SO ORDERED this 7th day of May, 2010.

*Russell G. Vineyard*
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

ITE   A       PY
Ch           THIS

MAY 07 2010

        Hatten, Clerk
By
        Clerk

AO 72A
(Rev.8/82)

CLOSED

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:09-mj-00750-RGV All Defendants
# Internal Use Only

Case title: USA v. Campbell
Other court case number: 09-cr-219 USDC Eastern District of New York

Date Filed: 06/18/2009
Date Terminated: 06/18/2009

ATTEST A TRUE COPY
CERTIFIED THIS
MAY 07 2010

James N. Hatten, Clerk
by [signature]
Deputy Clerk

Assigned to: Magistrate Judge Russell G. Vineyard

### Defendant (1)

**Timothy Campbell**
*TERMINATED: 06/18/2009*
*also known as*
god
*TERMINATED: 06/18/2009*

represented by **Timothy Campbell**
3284 Clearview Drive
Marietta, GA 30060
PRO SE

**Paul Stephen Kish**
Kish & Lietz. P.C.
225 Peachtree Street, N.E.
1700 South Tower
Atlanta, GA 30303
404-588-3991
Fax: 404-588-3995
Email: pkish@kishandlietz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

### Highest Offense Level (Terminated)
None

| Complaints | Disposition |
|---|---|
| 18:371.F and 3551 et seq.<br>CONSPIRACY TO DEFRAUD THE<br>UNITED STATES | |

### Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Jamila Marjani Hall**<br>U.S. Attorney's Office - ATL<br>600 Richard Russell Building<br>75 Spring Street, S.W.<br>Atlanta , GA 30303<br>404-581-6000<br>Fax: 404-581-6181<br>Email: jamila.hall@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2009 | | Arrest (Rule 40) of Timothy Campbell (ank) (Entered: 06/22/2009) |
| 06/18/2009 | 1 | Minute Entry for proceedings held before Magistrate Judge Russell G. Vineyard as to Timothy Campbell: Initial Appearance in Rule 5(c)(3) Proceedings held on 6/18/2009. Defendant waives Removal (as to Identity Only) Hearing. Waiver filed. Bond Hearing, Non-Surety Bond set at $10,000.00. (Attachments: # 1 Indictment) (Tape #FTR) (ank) (Entered: 06/22/2009) |
| 06/18/2009 | 2 | WAIVER of Rule 40 Hearings by Timothy Campbell. (ank) (Entered: 06/22/2009) |
| 06/18/2009 | 3 | Non-Surety Bond on Rule 5(c)(3) Entered as to Timothy Campbell in amount of $ 10,000.00. (ank) (Entered: 06/22/2009) |
| 06/18/2009 | 4 | ORDER Setting Conditions of Release as to Timothy Campbell. Signed by Magistrate Judge Russell G. Vineyard on 6/18/2009. (ank) (Entered: 06/22/2009) |
| 06/18/2009 | | Magistrate Case Closed. Defendant Timothy Campbell terminated. (ank) (Entered: 06/22/2009) |
| 06/22/2009 | 5 | Transmittal of Rule 5(c)(3) Documents as to Timothy Campbell, sent to USDC EDNY via certified mail, rrr. Original case file with Bond and docket sheet. (ank) (Entered: 06/22/2009) |

| 06/30/2009 | | Certified Mail Returned Receipt re 5 Transmittal of Rule 5(c)(3) Documents as to Timothy Campbell. (ank) (Entered: 07/06/2009) |
| --- | --- | --- |
| 05/07/2010 | 6 | ORDER as to Timothy Campbell. On 4/13/10, the charges were dismissed against the defendant by the Honorable I. Leo Glasser, United States District Judge for the Eastern District of New York. Defendant has therefore requested the return of his passport. IT IS HEREBY ORDERED that the probation officer return the defendant's passport to him, which passport was surrendered as a part of the bond conditions. Signed by Magistrate Judge Russell G. Vineyard on 5/7/10. (NEF to USPO) (bse) (Entered: 05/07/2010) |
| 05/07/2010 | 7 | Transmittal of Rule 5(c)(3) Documents as to Timothy Campbell, sent to Eastern District of New York. 6 Order with certified copy of docket sheet. (bse) (Entered: 05/07/2010) |

Clerk of Court
United States District Court
Eastern District of New York
118S Theodore Roosevelt
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818



FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★   MAY 13    ★

BROOKLYN OFFICE

CR-09-219
(ILG)